UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

            Plaintiff,

    v.

JAMES TUCKER, EDWARD WOODS, WASHINGTON CORRECTION CENTER,

            Defendant.

CASE NO. C14-5650 BHS-JRC

ORDER

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

    Before the Court is defendants' motion for a protective order regarding discovery (Dkt. 18). Defendants state that the parties have conferred (*id*.). Defendants ask that the Court not allow discovery until their motion for summary judgment has been decided (*id*). One of the arguments in defendants' pending motion for summary judgment is qualified immunity (Dkt. 14, pp. 18-19).

ORDER - 1

1       The Supreme Court has repeatedly held that discovery should be stayed until the threshold issue of qualified immunity has been decided. *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982); *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1987). The reasoning behind staying discovery is that qualified immunity is immunity from suit and not just immunity from liability. Further, one of the policy considerations for providing qualified immunity is to reduce the cost of discovery to public officials and the government. *Harlow*, 457 U.S. at 817-19. After considering these principles, the Court grants defendants' motion to stay discovery.

      Dated this 22nd day of December, 2014.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge